UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MICHAEL JAMES MACLAREN,

  Defendant.
_____/

Case No. 2:14-cr-15

HON. ROBERT HOLMES BELL

### ORDER OF DETENTION

  Defendant appeared before the undersigned on August 27, 2014, for arraignment on an indictment alleging two counts of Distribution of Morphine Within 1,000 Feet of Prohibited Location.  The court advised the parties that the defendant was not eligible for release on bond at this time as he was appearing before the court on a writ from a state prison facility.  Defendant may request a detention hearing at a later date should his status change.  Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

  IT IS SO ORDERED.


Date:  August 28, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge