UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL JAMES MACLAREN,

        Defendant.

_____/

Case No. 2:14-cr-15

Hon. Janet T. Neff
U.S. District Judge

## ORDER OF DETENTION

An initial appearance and detention hearing were held before the undersigned on August 26, 2021 by video conference with Defendant's consent. MacLaren was advised of his rights and the alleged violations in the Amended Probation Petition for Offender Under Supervision (ECF No. 79), as required by Fed. R. Crim. P. 32.1

Pursuant to Fed. R. Crim. P. 32.1(a)(6), MacLaren has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. The Court finds, for the reasons stated on the record, that MacLaren has shown that he does not pose a danger to any other person or the community. But the Court finds that MacLaren has not shown by clear and convincing evidence that he is not a flight risk. Accordingly, the Court orders Defendant MacLaren detained pending further order of the Court.

IT IS ORDERED.

Date:    August 31, 2021                /s/ *Maarten Vermaat*
                                                   MAARTEN VERMAAT
                                                   U.S. MAGISTRATE JUDGE